**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 09, 2024

Mr. John R. Mitchell
Taft Stettinius & Hollister
200 Public Square
Suite 3500
Cleveland, OH 44114

Mr. Emmett Robinson
Robinson Law Firm
6600 Lorain Avenue
Suite 731
Cleveland, OH 44102

Re: Case No. 24-3291, *Michael Grassi, et al v. John Grassi, et al*
Originating Case No. : 1:18-cv-02619

Dear Counsel:

This appeal has been docketed as case number **24-3291** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **April 23, 2024**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:   Appearance of Counsel
             Civil Appeal Statement of Parties & Issues

        Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

        Appearance of Counsel
  Appellee: Disclosure of Corporate Affiliations
        Application for Admission to 6th Circuit Bar (if applicable)

 More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

        Sincerely yours,

        s/Amy E. Gigliotti
        Case Management Specialist
        Direct Dial No. 513-564-7012


Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-3291

MICHAEL GRASSI; CFOM, INC.

  Plaintiffs - Appellees

v.

JOHN GRASSI; ALOTECH LIMITED, LLC

  Defendants - Appellants