UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3291**

Case Title: **Michael Grassi, et al.** vs. **John Grassi, et al.**

List all clients you represent in this appeal:

**Michael Grassi and CFOM, Inc.**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Michael B. Pasternak**     Signature: s/ [signature]

Firm Name: **The Law Office of Michael B. Pasternak**

Business Address: **3681 South Green Road, Suite 411**

City/State/Zip: **Beachwood, Ohio 44122**

Telephone Number (Area Code): **(216) 360-8500**

Email Address: **mpasternak1@msn.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.