UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3291**

Case Title: **Michael Grassi, et al.** vs. **John Grassi, et al.**

List all clients you represent in this appeal:

**Alotech Limited, LLC**
**John Grassi**

- ☑ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **John R. Mitchell**     Signature: s/ **John R. Mitchell**

Firm Name: **Taft Stettinius & Hollister**

Business Address: **200 Public Square, Suite 3500**

City/State/Zip: **Cleveland, OH 44114**

Telephone Number (Area Code): **(216) 241-2838**

Email Address: **jmitchell@taftlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.