# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **24-3291**     Case Manager: **Amy E. Gigliotti**

Case Name: **Michael Grassi, et al. v. John Grassi, et al.**

Is this case a cross appeal?  ☐ Yes  ☒ No
Has this case or a related one been before this court previously?  ☒ Yes  ☐ No
If yes, state:
   Case Name: **M. Grassi v. J. Grassi**     Citation: **20-3358**
Was that case mediated through the court's program?  ☐ Yes  ☒ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> Defendant-Appellants Alotech Limited, LLC and John Grassi ("Alotech") appeal the partial denial of their Renewed Motion to Enforce Term Sheet (Doc. 275) by Memorandum Opinion and Order entered March 8, 2024. (Doc. 301). Alotech additionally appeals the March 19, 2024 Order (Doc. 309) which denied their Motion for Preliminary Injunction (Doc. 303) in part and allows Alotech's protected trade secret information to be turned over thirty-one days after entry of the Order. The Order at Doc. 301 is subsumed within, and inextricably intertwined with, the Order at Doc. 309. This appeal is taken against CFOM, Inc. and John Grassi ("CFOM").
>
> When partially denying Alotech's Motion to Enforce the Term Sheet, the district court erred by (1) finding that CFOM's possible failure to perform by a clear deadline could not amount to breach and (2) based upon this determination, holding the district court was without authority to grant injunctive relief.
>
> When partially denying Alotech's Motion for Preliminary Injunction, the district court erred by concluding that (1) CFOM should be permitted to take possession of Alotech's property and trade secrets, (2) further determinations are needed to conclude whether CFOM breached the express terms of the agreement while also finding that (3) a breach had not yet occurred and no injunction could be issued as a result.

This is to certify that a copy of this statement was served on opposing counsel of record this **12th** day of **April**, **2024**.

/s/ **John R. Mitchell**
Name of Counsel for Appellant