UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-3291**

Case Title: **Michael Grassi et al.** vs. **John Grassi et al.**

List all clients you represent in this appeal:

**Michael Grassi**
**CFOM, Inc.**

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☒ Appellee   ☐ Respondent  ☐ Intervenor                 (Appointed)

☒ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Emmett E. Robinson**      Signature: s/ **Emmett E. Robinson**

Firm Name: **Robinson Law Firm LLC**

Business Address: **6600 Lorain Ave #731**

City/State/Zip: **Cleveland, OH  44102**

Telephone Number (Area Code): **(216) 505-6900**

Email Address: **erobinson@robinsonlegal.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
|---|
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |