UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3291**

Case Title: **John Grassi, et al., Appellants** vs. **Michael Grassi, et al., Appellees**

List all clients you represent in this appeal:
**Alotech Limited, LLC**
**John Grassi**

☑ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☐ Appellee   ☐ Respondent  ☐ Intervenor       (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **John C. Herman**   Signature: s/ [signature]

Firm Name: **Herman Jones LLC**

Business Address: **3424 Peachtree Road, NE, Suite 1650**

City/State/Zip: **Atlanta, GA 30326**

Telephone Number (Area Code): **(404) 504-6500**

Email Address: **jherman@hermanjones.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.