No. 24-3291

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| MICHAEL GRASSI, et al., | ) | |
| | ) | |
| Plaintiffs-Appellees, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JOHN GRASSI, et al. | ) | |
| | ) | |
| Defendants-Appellants. | ) | |

FILED
04/18/2024
KELLY L. STEPHENS, Clerk

Before:  BATCHELDER, GRIFFIN, and STRANCH, Circuit Judges.

Defendants John Grassi and Alotech Limited, LLC, appeal the denial of their motion for a preliminary injunction. To effectuate the parties' settlement agreement, the district court directed nonparty Ernst & Young to return devices, which allegedly contain Defendants' trade secrets, to Plaintiffs Michael Grassi and CFOM, Inc., on April 19, 2024. Defendants sought to enjoin the return of such devices, which the district court denied. Defendants move to stay that order pending appeal.

We find that a brief administrative stay is necessary so we may more fully consider the motion to stay pending appeal. *See United States v. McGowan*, No. 20-1617, 2020 WL 3867418, at *1 (6th Cir. June 28, 2020) (order).

Accordingly, we hereby **STAY** the district court's March 19, 2024, order to the extent it orders Ernst & Young to return devices and data, pending further order of this court.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk