UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-3291**

Case Title: **Michael Grassi, et al.**  vs. **John Grassi, et al.**

List all clients you represent in this appeal:

> **Alotech Limited, LLC**
> **John Grassi**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Connor D. Hicks**        Signature: s/ **Connor D. Hicks**

Firm Name: **Taft Stettinius & Hollister LLP**

Business Address: **425 Walnut Street, Suite 1800**

City/State/Zip: **Cincinnati, Ohio 45202**

Telephone Number (Area Code): **(513) 381-2838**

Email Address: **cdhicks@taftlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---