OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

May 10, 2024

John C. Herman
Aaron M. Herzig
Connor D. Hicks
John R. Mitchell
Michael B. Pasternak
Emmett Robinson
Jeffrey W. Saks

Re: *Michael Grassi, et al v. John Grassi, et al,* CA No. 24-3291

## MEDIATION CONFERENCE NOTICE
## FOLLOW-UP

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this is to advise that a follow-up mediation conference has been scheduled for **May 14, 2024**, at **1:30 p.m. EASTERN TIME** with Catherine Geyer. **A conference invitation will be provided to counsel.**

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel
Mediation Administrator

cc: Catherine C. Geyer