No. 24-3291
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
_____

MICHAEL GRASSI *et al.*,

Plaintiffs-Appellees,

v.

JOHN GRASSI *et al.*,

Defendants-Appellants.
_____

On Appeal from the United States District Court for the Northern
District of Ohio, Case No. 1:18-CV-2619-PAB
_____

**PLAINTIFFS'-APPELLEES' MOTION TO STAY BRIEFING SCHEDULE
PENDING RESOLUTION OF MOTION TO DISMISS**
_____

Michael B. Pasternak
THE LAW OFFICE OF MICHAEL PASTERNAK
3681 South Green Road, Suite 411
Beachwood, Ohio  44122
(216) 360-8500
mpasternak1@msn.com

Jeffrey Saks
THE SAKS LAW OFFICE LLC
3681 South Green Road, Suite 411
Beachwood, Ohio  44122
(216) 255-9696
jsaks@sakslawoffice.com

Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Avenue #731
Cleveland, Ohio  44102
(216) 505-6900
erobinson@robinsonlegal.org

*Attorneys for Plaintiffs-Appellees
Michael Grassi and CFOM, Inc.*

Plaintiffs-Appellees ("Plaintiffs") respectfully move the Court for an order staying merits briefing until after the Court renders a decision on Plaintiffs' pending motion to dismiss the appeal. In support of this motion, Plaintiffs state as follows:

1. On April 9, 2024, the case manager filed the briefing-schedule letter in this case. The letter provides that Defendants'-Appellants' ("Defendants") principal merits brief is due on May 20, 2024. Plaintiffs' merits brief is due on June 18, 2024, and Defendants' reply is due 21 days after Plaintiffs file their brief.

2. On April 18, 2024, Plaintiffs filed a motion to dismiss, arguing that this Court lacked jurisdiction over the would-be appeal given the lack of a final appealable order and the fact that no exception to the rule barring appeal in the absence of a final appealable ordered applied. Defendants filed their opposition brief on April 26, 2024, conceding the absence of a final appealable order but asserting that 28 U.S.C. § 1292(a)(1)'s exception allowing interlocutory appeals of "orders . . . refusing . . . injunctions" applied. Plaintiffs' reply, filed on May 3, 2024, explains that in fact no injunction, as that term is used in § 1292(a)(1), is at issue here.

3. Twelve days have passed since the motion to dismiss became fully briefed.

4. Should the Court grant the motion to dismiss, any merits briefing will be rendered moot. Thus, a stay could prevent the needless expenditure of substantial

1

time, effort, and resources on merits briefing. Should the Court decline to stay and subsequently grant the motion to dismiss, the merits briefing will have been for naught.

For these reasons, Plaintiffs-Appellees respectfully request that the Court stay merits brief pending resolution of the fully briefed motion to dismiss.

May 15, 2024                              Respectfully submitted,

/s/ Emmett E. Robinson
Michael B. Pasternak
THE LAW OFFICE OF MICHAEL PASTERNAK
3681 South Green Road, Suite 411
Beachwood, Ohio 44122
(216) 360-8500
mpasternak1@msn.com

Jeffrey Saks
THE SAKS LAW OFFICE, LLC
3681 South Green Road, Suite 411
Beachwood, Ohio 44122
(216) 255-9696
jsaks@sakslawoffice.com

Emmett E. Robinson
ROBINSON LAW FIRM LLC
6600 Lorain Avenue #731
Cleveland, OH 44102
(216) 505-6900
erobinson@robinsonlegal.org

*Attorneys for Plaintiffs-Appellees Michael Grassi and CFOM, Inc.*

2

## Certificate of Compliance

1.  This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the portions of this filing that are exempted under Fed. R. App. P. 32(f), this document contains 302 words.

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

/s/ Emmett E. Robinson
Emmett E. Robinson

*Attorney for Plaintiffs-Appellees*
*Michael Grassi and CFOM, Inc.*

## Certificate of Service

I hereby certify that, on May 15, 2024, the foregoing was filed electronically with the Clerk of Courts through its electronic filing system. All counsel of record for the parties will receive notice of this filing and can access the filing by operation of the Court's electronic filing system.

/s/ Emmett E. Robinson
Emmett E. Robinson

*Attorney for Plaintiffs-Appellees*
*Michael Grassi and CFOM, Inc.*