No. 24-3291

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**CFOM, INC. and MICHAEL GRASSI**

*Plaintiffs-Appellees*

v.

**ALOTECH LIMITED, LLC and JOHN GRASSI**

*Defendants-Appellants*

On Appeal from the United States District Court
for the Northern District of Ohio
Case No. 1:18-cv-2619

## NOTICE OF JOHN C. HERMAN TO WITHDRAW AS COUNSEL

John C. Herman, counsel for Defendants-Appellants John Grassi and Alotech Limited, LLC, respectfully notifies the Court that he withdraws his appearance in this matter. Appellees will continue to be represented by John R. Mitchell, Aaron M. Herzig, and Connor D. Hicks of Taft Stettinius & Hollister LLP.

Respectfully submitted,

*/s/ John C. Herman*
Aaron M. Herzig

1

Connor D. Hicks
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Phone: (513) 381-2838
aherzig@taftlaw.com
cdhicks@taftlaw.com

John R. Mitchell
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-302
Phone: (216) 706-3909
jmitchell@taftlaw.com

John C. Herman
Herman Jones LLP
3424 Peachtree Road, NE, Suite 1650
Atlanta, GA 30326
(404) 504-6500
jherman@hermanjones.com

*Counsel for Appellants*
*Alotech Limited, LLC and John Grassi*

## CERTIFICATE OF SERVICE

I certify that on May 17, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the CM/ECF system. I also certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ John C. Herman*
